

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2021

No. 04-21-00194-CR

Chance **WATSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7426
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

On August 3, 2021, we issued an order directing the court reporters in this case to file their volumes of the reporter's record by August 30, 2021. Court reporter Tonya R. Thompson requested an extension of time to file her volumes of the record until September 26, 2021, and we granted that request. As of the date of this order, Ms. Thompson has not filed her volumes of the record. We therefore **ORDER** court reporter Tonya R. Thompson to file her volumes of the reporter's record **by October 18, 2021.**

_Beth Watkins_
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2021.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court